IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY | |
| Plaintiff, | CIVIL ACTION NO. 1:16-cv-05338-JHR-KMW |
| v. | |
| CONTINENTAL CONTRACTORS, INC., and SAMUEL FRAJDENBERG, SR., and THERESA FRAJDENBERG, | ASSIGNED TO: Judge Joseph Rodriguez and Magistrate Judge Karen M. Williams |
| | HEARING DATE: JANUARY 17, 2016 |
| Defendants. | |

## ORDER FOR DEFAULT JUDGMENT

THIS MATTER having come before the Court upon the Motion for Default Judgment filed by Plaintiff Branch Banking and Trust Company, successor by merger to Susquehanna Bank, successor by merger to Minotola National Bank ("BB&T"), against Defendants Continental Contractors, Inc., and Samuel Frajdenberg, Sr., and Theresa Frajdenberg (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b), and the Court having reviewed the submissions of BB&T in support of its Motion, together with any opposition hereto, and for good cause shown;

IT IS THIS 26th day of January, 2017 hereby

ORDERED that BB&T's Motion for Default Judgment is GRANTED; and it is further

ORDERED that Judgment by default hereby is entered in favor of BB&T and against Defendants, on all Counts of the Complaint; and it is further

ORDERED that judgment is hereby entered in favor of BB&T and against all Defendants, jointly and severally, in the amount of $256,080.16, including principal, interest, and BB&T's costs and fees authorized under Note 1, the Mr. Frajdenberg Guaranty, and the Ms.

Frajdenberg Guaranty attached as Exhibits 1, 2, and 3 to the Complaint (including, without limitation, all of its attorneys' fees and costs incurred in connection with this matter), through and including October 27, 2016, plus continuing interest, including post-judgment interest, at the Default Rate set forth in Note 1, attached as Exhibit 1 to the Complaint, and continuing attorneys' fees and other costs and fees authorized under the applicable Loan Documents and Guaranties; and it is further

ORDERED that judgment is hereby entered in favor of BB&T and against Defendants Continental Contractors, Inc., and Samuel Frajdenberg, Sr., jointly and severally, in the amount of $25,958.18, including principal, interest and BB&T's costs and fees authorized under Note 2 and the Continental Contractors Guaranty attached as Exhibits 5 and 6 to the Complaint, through and including October 27, 2016 plus continuing interest, including post-judgment interest, at the Default Rate set forth in Note 2, attached as Exhibit 5 to the Complaint.

_____
HON. JUDGE JOSEPH RODRIGUEZ